# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00058-CV

**Katrina Smith and Shayla Smith Henderson, Appellants**

**v.**

**Martin Vaughn, Appellee**

### FROM THE 424TH DISTRICT COURT OF BLANCO COUNTY
### NO. CV08825, THE HONORABLE EVAN C. STUBBS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On February 27, 2025, we abated this appeal at the parties' request. The parties have now filed a joint motion to dismiss this appeal. The Court, having considered the motion, is of the opinion that the motion should be granted. Accordingly, we lift the abatement, reinstate the appeal, grant the parties' joint motion, and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Maggie Ellis, Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

Dismissed on Joint Motion

Filed: May 22, 2025